# EXHIBIT "A"

# EXHIBIT "A"

F I L E D
Electronically
CV20-01426
2020-09-11 11:43:05 AM
Jacqueline Bryant
Clerk of the Court
Transaction # 8063265 : yvildria

Code 3860
STEVEN M. HESS, ESQ.
State Bar #2251
HESS & ASSOCIATES
KYLE S. HESS, ESQ.
State Bar #13351
485 West 5th Street
Reno, NV 89503
(775) 323-1311
Attorneys for Plaintiff

### IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA
### IN AND FOR THE COUNTY OF WASHOE

KATHRYN AGNEW,

      Plaintiff,

v.

SMITH'S FOOD KING PROPERTIES,
INC., doing business as a Foreign
Corporation, SMITH'S FOOD & DRUG
CENTERS, INC., doing business as a
Foreign Limited-Liability Company,
KROGER DEDICATED LOGISTICS, CO.,
doing business as a Foreign
Corporation and DOES I-V,
inclusive,

      Defendants.

CASE NO.:  CV20-01426

DEPT. NO.:   1

## COMPLAINT FOR DAMAGES

COMES NOW Plaintiff, KATHRYN AGNEW by and through counsel, HESS
& ASSOCIATES, and for cause of action as to the Defendant, and each of them, alleges
and complains as follows:

## STATEMENT OF FACTS

1. Events and occurrences hereinafter alleged occurred within the confines of the
State of Nevada.

2. Plaintiff, KATHRYN AGNEW, is an individual, and at all times herein mentioned was residing within the County of Washoe, State of Nevada.

3. The true names and capacities, whether individual, corporate, associate or otherwise of DOES 1 through 5, inclusive, are unknown to the Plaintiff and Plaintiff therefore sues them by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and thereon allege that each of the fictitiously named Defendant is liable to the Plaintiff in some manner of the occurrences herein alleged.

4. Plaintiff is informed and believes, and upon such information and belief alleges, that the events herein occurred in the County of Washoe, State of Nevada.

5. Defendants, SMITH'S FOOD KING PROPERTIES, INC., SMITH'S FOOD & DRUG CENTERS, INC., and KROGER DEDICATED LOGISTICS, CO., are responsible for keeping the property safe for its patrons.

6. On or about September 28, 2019, Plaintiff, KATHRYN AGNEW, had arrived at Smith Food and Drug located at 1255 Baring Boulevard in Sparks, Nevada. As she was walking toward the entrance of the store, she fell after putting her right foot in a large hole. The large hole in the asphalt was filled with uneven cobblestone and surface water. The cobblestone and water made the hole unnoticeable.

**CLAIM FOR RELIEF**

7. Defendants, SMITH'S FOOD KING PROPERTIES, INC., et al, were responsible for maintaining a safe and secure property for its patrons. They had a duty to inspect the property for defective and dangerous conditions and to keep the property in a reasonably safe condition and free of hazards. SMITH'S FOOD KING PROPERTIES, INC., et al, were negligent for failing to maintain the property in a safe condition. Due to said negligence, Plaintiff has suffered injuries.

- 2 -

WHEREFORE, Plaintiff, and each of them, pray for judgement against the Defendants as follows:

1. For Judgement for special damages according to proof;

2. For judgement for general damages in the amount in excess of $15,000.00;

3. For attorney's fees and costs;

4. For such other and further relief as to this Court may seem just and proper in the premises.

## AFFIRMATION

Pursuant to NRS 239B.030, the preceding document does not contain the social security number of any person.

DATED this _____ day of September, 2020.

HESS & ASSOCIATES
Attorneys for Plaintiff

F I L E D
Electronically
CV20-01426
2020-09-15 03:32:15 PM
Jacqueline Bryant
Clerk of the Court
Transaction # 8068609

STEVEN M. HESS, ESQ.
State Bar #2251
HESS & ASSOCIATES
KYLE S. HESS, ESQ.
State Bar #13351
485 West 5th Street
Reno, NV 89503
(775) 323-1311
Attorneys for Plaintiff

# IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA
## IN AND FOR THE COUNTY OF WASHOE

KATHRYN AGNEW,

      Plaintiff,

v.

SMITH'S FOOD KING PROPERTIES,
INC., doing business as a Foreign
Corporation; SMITH'S FOOD & DRUG
CENTERS, INC., doing business as a
Foreign Limited-Liability Company;
KROGER DEDICATED LOGISTICS, CO.,
doing business as a Foreign
Corporation and DOES I-V,
inclusive;

      Defendants.

CASE NO.: CV20-01426

DEPT. NO.: 1

/

## PROOF OF SERVICE

COMES NOW Plaintiff, KATHRYN AGNEW, by and through counsel of record,

HESS & ASSOCIATES, and respectfully submits to this Court the attached DECLARATION

OF SERVICE on Defendant, SMITH'S FOOD & DRUG CENTERS, INC.

### AFFIRMATION

    Pursuant to NRS 239B.030, the preceding document does not contain the social

security number of any person.

- 1 -

DATED this $\underline{15}$ day of September, 2020.

HESS & ASSOCIATES
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I hereby certify that I am an employee of HESS & ASSOCIATES, and that on this date I served a copy of the foregoing document on the following parties:

_____✓_____      Placing a true copy thereof in a sealed envelope and depositing the same in the United States Mail at Reno, Nevada, postage fully prepaid, following ordinary business practices.

_____      U.S. Mail, Certified, Return Receipt Requested.

_____      Personal service

_____      Facsimile (FAX)

_____      Email

addressed to:

Smith's Food & Drug Centers, Inc.
Kroger Dedicated Logistics, Co.
112 North Curry Street
Carson City, NV   89703

Dated: __9/15/20__

SIGNED: _____

CODE 1067

**IN THE SECOND JUDICIAL DISTRICT COURT
IN AND FOR THE COUNTY OF WASHOE**

Kathryn Agnew,

              Plaintiff(s),

     VS.                                CASE NO:   CV20-01426

Smith's Food King Properties, Inc., et al,

              Defendant(s),

## DECLARATION OF SERVICE

ss.:

ROBERT JAMES CLARK, being duly sworn says: That at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to nor interested in the proceedings in which this Affidavit is made.

That Affiant received copy(ies) of the SUMMONS; COMPLAINT; On 9/11/2020 and served the same on 9/14/2020 at 3:10 PM by delivery and leaving a copy with:

Kris Osborne - Administrative Assistant, pursuant to NRS 14.020 as a person of suitable age and discretion, of the office of Corporation Service Company, registered agent for Smith's Food & Drug Centers, INC., at the registered address of:

112 N Curry St, Carson City, NV 89703-4934

A description of Kris Osborne is as follows

| Gender | Color of Skin/Race | Hair | Age | Height | Weight |
|--------|-------------------|-------|-------|---------|-------------|
| Female | Caucasian | Blond | 41-45 | 5'1 - 5'6 | 161-180 Lbs |

Pursuant to NRS 239B.030 this document does not contain the social security number of any person.

Affiant does hereby affirm under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

STATE OF NEVADA
COUNTY OF WASHOE

Executed on: 9/15/2020
by ROBERT JAMES CLARK
Registration: R -060170

No notary is required per NRS 53.045



X _____
ROBERT JAMES CLARK
Registration: R -060170
Reno Carson Messenger Service, Inc #322
185 Martin St.
Reno, NV 89509
(775) 322-2424
www.renocarson.com



Order#: R107204A NVPRF411

FILED
Electronically
CV20-01426
2020-09-15 03:32:15 PM
Jacqueline Bryant
Clerk of the Court
Transaction # 8068609

1  STEVEN M. HESS, ESQ.
   State Bar #2251
2  HESS & ASSOCIATES
   KYLE S. HESS, ESQ.
3  State Bar #13351
4  485 West 5th Street
   Reno, NV 89503
5  (775) 323-1311
   Attorneys for Plaintiff
6

7  **IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA**
   **IN AND FOR THE COUNTY OF WASHOE**
8

9  KATHRYN AGNEW,

10        Plaintiff,

11 v.                                          CASE NO.: CV20-01426

12                                             DEPT. NO.:  1

13 SMITH'S FOOD KING PROPERTIES,
   INC., doing business as a Foreign
14 Corporation, SMITH'S FOOD & DRUG
   CENTERS, INC., doing business as a
15 Foreign Limited-Liability Company,
   KROGER DEDICATED LOGISTICS, CO.,
16 doing business as a Foreign
17 Corporation and DOES I-V,
   inclusive,
18
19        Defendants.
                                        /
20                              **PROOF OF SERVICE**

21        COMES NOW Plaintiff, KATHRYN AGNEW, by and through counsel of record,

22 HESS & ASSOCIATES, and respectfully submits to this Court the attached DECLARATION

23 OF SERVICE on Defendant, KROGER DEDICATED LOGISTICS, CO.

24                              **AFFIRMATION**
25
26 Pursuant to NRS 239B.030, the preceding document does not contain the social
27 security number of any person.
28

                                - 1 -

DATED this 15 day of September, 2020.

HESS & ASSOCIATES
Attorneys for Plaintiff

- 2 -

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I hereby certify that I am an employee of HESS & ASSOCIATES, and that on this date I served a copy of the foregoing document on the following parties:

_____     Placing a true copy thereof in a sealed envelope
                            and depositing the same in the United States Mail
                            at Reno, Nevada, postage fully prepaid, following
                            ordinary business practices.

_____     U.S. Mail, Certified, Return Receipt Requested.

_____     Personal service

_____     Facsimile (FAX)

_____     Email

addressed to:

Smith's Food & Drug Centers, Inc.
Kroger Dedicated Logistics, Co.
112 North Curry Street
Carson City, NV   89703

Dated: 9-15-20

SIGNED:

CODE 1067

# IN THE SECOND JUDICIAL DISTRICT COURT
# IN AND FOR THE COUNTY OF WASHOE

Kathryn Agnew,

Plaintiff(s),

VS.                                    CASE NO: CV20-01426

Smith's Food King Properties, Inc., et al,

Defendant(s).

## DECLARATION OF SERVICE

ss.:

ROBERT JAMES CLARK, being duly sworn says: That at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to nor interested in the proceedings in which this Affidavit is made.

That Affiant received copy(ies) of the SUMMONS; COMPLAINT; On 9/11/2020 and served the same on 9/14/2020 at 3:10 PM by delivery and leaving a copy with:

Kris Osborne - Administrative Assistant, pursuant to NRS 14.020 as a person of suitable age and discretion, of the office of Corporation Service Company, registered agent for Kroger Dedicated Logistics, Co., at the registered address of:

112 N Curry St, Carson City, NV 89703-4934

A description of Kris Osborne is as follows
| Gender | Color of Skin/Race | Hair | Age | Height | Weight |
|--------|--------------------|------|-----|--------|--------|
| Female | Caucasian | Blond | 41-45 | 5'1 - 5'6 | 161-180 Lbs |

Pursuant to NRS 239B.030 this document does not contain the social security number of any person.

Affiant does hereby affirm under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

STATE OF NEVADA
COUNTY OF WASHOE

Executed on: 9/15/2020
by ROBERT JAMES CLARK
Registration: R -060170

No notary is required per NRS 53.045

X _____
ROBERT JAMES CLARK
Registration: R -060170
Reno Carson Messenger Service, Inc #322
185 Martin St.
Reno, NV 89509
(775) 322-2424
www.renocarson.com

Order#: R107204B NVPRF411

F I L E D
Electronically
CV20-01426
2020-10-28 01:37:49 PM
Jacqueline Bryant
Clerk of the Court
Transaction # 8137753 : yviloria

1  Code 3860
   STEVEN M. HESS, ESQ.
2  State Bar #2251
   HESS & ASSOCIATES
3  KYLE S. HESS, ESQ.
4  State Bar #13351
   485 West 5th Street
5  Reno, NV 89503
   (775) 323-1311
6  Attorneys for Plaintiff

7
       **IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA**
8                  **IN AND FOR THE COUNTY OF WASHOE**

9  KATHRYN AGNEW,

10              Plaintiff,

11
   v.                                    CASE NO.: CV20-01426
12
                                         DEPT. NO.:   1
13 SMITH'S FOOD & DRUG
14 CENTERS, INC.,("SFDC"),  doing business as a
   Foreign Limited-Liability Company,
15 and DOES I-V,
   inclusive,
16
17              Defendants.
                                    /
18

19            **AMENDED COMPLAINT FOR DAMAGES**

20     COMES NOW Plaintiff, KATHRYN AGNEW by and through counsel, HESS

21 & ASSOCIATES, and for cause of action as to the Defendant, and each of them, alleges

22 and complains as follows:

23                     **STATEMENT OF FACTS**

24     1. Events and occurrences hereinafter alleged occurred within the confines of the

25 State of Nevada.

26
27     2. Plaintiff, KATHRYN AGNEW, is an individual, and at all times herein mentioned was

28 residing within the County of Washoe, State of Nevada.

                              - 1 -

3. The true names and capacities, whether individual, corporate, associate or otherwise of DOES 1 through 5, inclusive, are unknown to the Plaintiff and Plaintiff therefore sues them by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and thereon allege that each of the fictitiously named Defendant is liable to the Plaintiff in some manner of the occurrences herein alleged.

4. Plaintiff is informed and believes, and upon such information and belief alleges, that the events herein occurred in the County of Washoe, State of Nevada.

5. Defendant, SMITH'S FOOD & DRUG CENTERS, INC., is responsible for keeping their property safe for its patrons.

6. On or about September 28, 2019, Plaintiff, KATHRYN AGNEW, had arrived at Smith Food and Drug located at 1255 Baring Boulevard in Sparks, Nevada. As she was walking toward the entrance of the store, she fell after putting her right foot in a large hole. The large hole in the asphalt was filled with uneven cobblestone and surface water. The cobblestone and water made the hole unnoticeable.

### CLAIM FOR RELIEF

7. Defendant, SMITH'S FOOD AND DRUG CENTERS, INC. "SFDC", et al, owns and operates the Smith store and the property where the accident occurred. Therefore, SFDS was responsible for maintaining a safe and secure property for its patrons. They had a duty to inspect the property for defective and dangerous conditions and to keep the property in a reasonably safe condition and free of hazards. SFDC., et al, was negligent for failing to maintain the property in a safe condition. Due to said negligence, Plaintiff has suffered injuries.

WHEREFORE, Plaintiff, and each of them, pray for judgement against the Defendants as follows:

1.    For Judgement for special damages according to proof;

2.    For judgement for general damages in the amount in excess of $15,000.00;

3.    For attorney's fees and costs;

4.    For such other and further relief as to this Court may seem just and proper in the premises.

### AFFIRMATION

Pursuant to NRS 239B.030, the preceding document does not contain the social security number of any person.

DATED this _23_ day of October, 2020.


HESS & ASSOCIATES
Attorneys for Plaintiff

F I L E D
Electronically
CV20-01426
2020-11-09 07:57:27 AM
Jacqueline Bryant
Clerk of the Court
Transaction # 8152693

STEVEN M. HESS, ESQ.
State Bar #2251
HESS & ASSOCIATES
KYLE S. HESS, ESQ.
State Bar #13351
485 West 5th Street
Reno, NV 89503
(775) 323-1311
Attorneys for Plaintiff

**IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA
IN AND FOR THE COUNTY OF WASHOE**

KATHRYN AGNEW,

      Plaintiff,

v.

SMITH'S FOOD KING PROPERTIES,
INC., doing business as a Foreign
Corporation, SMITH'S FOOD & DRUG
CENTERS, INC.,  doing business as a
Foreign Limited-Liability Company,
KROGER DEDICATED LOGISTICS, CO.,
doing business as a Foreign
Corporation and DOES I-V,
inclusive,

      Defendants.

_____/

CASE NO.: CV20-01426

DEPT. NO.:  1

## **PROOF OF SERVICE**

COMES NOW Plaintiff, KATHRYN AGNEW, by and through counsel of record,

HESS & ASSOCIATES, and respectfully submits to this Court the attached DECLARATION

OF SERVICE on Defendant,  SMITH'S FOOD & DRUG CENTERS, INC.

### **AFFIRMATION**

Pursuant to NRS 239B.030, the preceding document does not contain the social

security number of any person.

- 1 -

DATED this ___ day of November, 2020.




HESS & ASSOCIATES
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I hereby certify that I am an employee of HESS &

ASSOCIATES, and that on this date I served a copy of the foregoing document on the

following party:

_____          Placing a true copy thereof in a sealed envelope
                                     and depositing the same in the United States Mail
                                     at Reno, Nevada, postage fully prepaid, following
                                     ordinary business practices.

_____          U.S. Mail, Certified, Return Receipt Requested.

_____          Personal service

_____          Facsimile (FAX)

_____          Reno Carson Messenger Service

_____          Email

addressed to:

Jerry Busby, Esq.
3016 W. Charleston Blvd., Ste. 195
Las Vegas, NV   89102

DATED:  11 - 9 - 20

SIGNED:_____

CODE 1067

# IN THE SECOND JUDICIAL DISTRICT COURT
## IN AND FOR THE COUNTY OF WASHOE

Kathryn Agnew,

Plaintiff(s),

VS.                                                    CASE NO:   **CV20-01426**

**Smith's Food & Drug Centers, INC., ("SFDC"), doing business as a Foreign Limited-Liability Company,**

Defendant(s),

## DECLARATION OF SERVICE

ss.:

**ROBERT JAMES CLARK**, being duly sworn says: That at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to nor interested in the proceedings in which this Affidavit is made.

That Affiant received copy(ies) of the **SUMMONS; AMENDED COMPLAINT FOR DAMAGES** On 11/2/2020 and served the same on 11/2/2020 at 3:02 PM by delivery and leaving a copy with:

**Kris Osborne - Administrative Assistant**, pursuant to NRS 14.020 as a person of suitable age and discretion, of the office of Corporation Service Company, registered agent for Smith's Food & Drug Centers, INC., ("SFDC"), doing business as a Foreign Limited-Liability Company, at the registered address of:

**112 N Curry St, Carson City, NV 89703-4934**

**A description of Kris Osborne is as follows**

| Gender | Color of Skin/Race | Hair | Age | Height | Weight |
|--------|--------------------|------|-----|--------|--------|
| Female | Caucasian | Blond | 41-45 | 5'1 - 5'6 | 161-180 Lbs |

Pursuant to NRS 239B.030 this document does not contain the social security number of any person.

Affiant does hereby affirm under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

STATE OF NEVADA
COUNTY OF WASHOE

Executed on: 11/2/2020
by ROBERT JAMES CLARK
Registration: R -060170

No notary is required per NRS 53.045

X _____
ROBERT JAMES CLARK
Registration: R -060170
Reno Carson Messenger Service, Inc #322
185 Martin St.
Reno, NV 89509
(775) 322-2424
www.renocarson.com

Order#: R110088A NVPRF411

F I L E D
Electronically
CV20-01426
2020-11-09 07:57:27 AM
Jacqueline Bryant
Clerk of the Court
Transaction # 8152693

STEVEN M. HESS, ESQ.
State Bar #2251
HESS & ASSOCIATES
KYLE S. HESS, ESQ.
State Bar #13351
485 West 5th Street
Reno, NV 89503
(775) 323-1311
Attorneys for Plaintiff

**IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA
IN AND FOR THE COUNTY OF WASHOE**

KATHRYN AGNEW,

        Plaintiff,

v.

SMITH'S FOOD KING PROPERTIES,
INC., doing business as a Foreign
Corporation, SMITH'S FOOD & DRUG
CENTERS, INC.,  doing business as a
Foreign Limited-Liability Company,
KROGER DEDICATED LOGISTICS, CO.,
doing business as a Foreign
Corporation and DOES I-V,
inclusive,

        Defendants.

CASE NO.: CV20-01426

DEPT. NO.:  1

_____/

**PROOF OF SERVICE**

    COMES NOW Plaintiff, KATHRYN AGNEW, by and through counsel of record,

HESS & ASSOCIATES, and respectfully submits to this Court the attached DECLARATION

OF SERVICE on Defendant,  SMITH'S FOOD & DRUG CENTERS, INC., via Jerry Busby,

Esq.

**AFFIRMATION**

Pursuant to NRS 239B.030, the preceding document does not contain the social

security number of any person.

- 1 -

DATED this ____ day of November, 2020.


HESS & ASSOCIATES
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I hereby certify that I am an employee of HESS &

ASSOCIATES, and that on this date I served a copy of the foregoing document on the

following party:

_____     Placing a true copy thereof in a sealed envelope
and depositing the same in the United States Mail
at Reno, Nevada, postage fully prepaid, following
ordinary business practices.

_____     U.S. Mail, Certified, Return Receipt Requested.

_____     Personal service

_____     Facsimile (FAX)

_____     Reno Carson Messenger Service

_____     Email

addressed to:

Jerry Busby, Esq.
3016 W. Charleston Blvd., Ste. 195
Las Vegas, NV   89102


DATED: _____ 11-9-20

SIGNED: _____

CODE 1067

## IN THE SECOND JUDICIAL DISTRICT COURT
## IN AND FOR THE COUNTY OF WASHOE

Kathryn Agnew,
        Plaintiff(s),

    VS.                       CASE NO:   **CV20-01426**

Smith's Food & Drug Centers, INC., ("SFDC"), doing
business as a Foreign Limited-Liability Company,
        Defendant(s),

### DECLARATION OF SERVICE

SS.:

**JOHN WHITE**, being duly sworn says: That at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to nor interested in the proceedings in which this Affidavit is made.

That Affiant received copy(ies) of the **SUMMONS; AMENDED COMPLAINT FOR DAMAGES** On 11/2/2020 and served the same on 11/3/2020 at 11:16 AM by delivery and leaving a copy with:

By then and there personally delivering a true and correct copy of the documents into the hands of and leaving with **Mary Hoskins** whose title is **Receptionist.**

Served on behalf of **Jerry Busby, Esq.**

Service Address: CooperLevenson - 3016 W Charleston Blvd Ste 195 , Las Vegas, NV 89102-1973

A description of Mary Hoskins is as follows

| Gender | Color of Skin/Race | Hair | Age | Height | Weight |
|--------|--------------------|------|-----|--------|--------|
| Female | Caucasian | Brown | Over 60 | 5'1 - 5'6 | 141-160 Lbs |

Pursuant to NRS 239B.030 this document does not contain the social security number of any person.

Affiant does hereby affirm under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

STATE OF NEVADA
COUNTY OF Clark

Executed on: 11/3/2020
by JOHN WHITE
Registration: R-2019-00318

No notary is required per NRS 53.045

X _____
   JOHN WHITE
   Registration: R-2019-00318
   Reno Carson Messenger Service, Inc #322
   185 Martin St.
   Reno, NV 89509
   (775) 322-2424
   www.renocarson.com

Order#: R110088B NVPRF411

F I L E D
Electronically
CV20-01426
2020-11-24 08:33:31 AM
Jacqueline Bryant
Clerk of the Court
Transaction # 8175991 : csulezic

**$1560**
JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA**
**IN AN FOR THE COUNTY OF WASHOE**

| | |
|---|---|
| KATHRYN AGNEW, | Case No. CV20-01426 |
|  | Dept. No. 1 |
| Plaintiff, | |
| v. | |
| SMITH'S FOOD KING PROPERTIES, INC., doing business as a Foreign Corporation, SMITH'S FOOD & DRUG CENTERS, INC., doing business as a Foreign Limited-Liability Company, KROGER DEDICATED LOGISTICS, CO., doing business as a Foreign Corporation and DOES I-V, inclusive, | **DEFENDANT SMITH'S FOOD & DRUG CENTERS, INC.'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT** |
| Defendants. | |

COMES NOW, Defendant, SMITH'S FOOD & DRUG CENTERS, INC., by and through its

attorney of record, JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., and hereby

answers Plaintiff's Amended Complaint on file herein as follows:

**I.**

This answering Defendant states that it does not have sufficient knowledge or information upon

which to base a belief as to the truth of the allegations contained in Paragraphs 1, 2, 3, 4 and 6 of

Plaintiff's Amended Complaint and upon said ground, denies each and every allegation contained

therein.

**II.**

Paragraphs 5 and 7 of Plaintiff's Amended Complaint state a legal conclusion which is the

sole province of the Court to determine. This answering Defendant therefore denies said Paragraphs.

CLAC 5942825.1

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff did not use reasonable diligence to care for her injuries, thereby aggravating said injuries as a result. Therefore, Plaintiff's claims against this answering Defendant should be denied, or any recovery reduced in proportion to said negligence of Plaintiff.

### SECOND AFFIRMATIVE DEFENSE

At the time and place alleged in Plaintiff's Amended Complaint, and for a period of time prior thereto, Plaintiff did not exercise ordinary care, caution, or prudence for the protection of her own safety, and injuries and damages complained of by Plaintiff in the Amended Complaint, if any, were directly and proximately caused or contributed to by the fault, failure to act, carelessness, and negligence of Plaintiff, and therefore Plaintiff's claims against this answering Defendant should be denied, or any recovery reduced in proportion to said negligence of Plaintiff.

### THIRD AFFIRMATIVE DEFENSE

The damage sustained by Plaintiff, if any, was caused by the acts of unknown third persons who were not agents, servants, or employees of this answering Defendant, and who were not acting in behalf of this answering Defendant in any manner or form and, as such, this Defendant is not liable in any manner to the Plaintiff.

WHEREFORE, this answering Defendant prays that Plaintiff take nothing by virtue of her Amended Complaint on file herein; for costs and disbursements incurred in this action; and for such other and further relief as to the Court may deem proper.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CLAC 5942825.1

2

## AFFIRMATION

The undersigned does and hereby affirm, pursuant to NRS 239B.030, that this document and any attachments do not contain personal information as defined in NRS 603.040 about any persons.

Dated this 23rd day of November, 2020.

COOPER LEVENSON, P.A.


By      /s/ Jerry S. Busby
        Jerry S. Busby
        Nevada Bar No. 001107
        3016 West Charleston Boulevard - #195
        Las Vegas, Nevada 89102
        Attorneys for Defendant
        SMITH'S FOOD & DRUG CENTERS, INC.

3

CLAC 5942825.1

1

## CERTIFICATE OF SERVICE

2      I certify that I am an employee of COOPER LEVENSON, P.A. and that on the 23rd day of

3  November, 2020, I filed the foregoing **DEFENDANT SMITH'S FOOD & DRUG CENTERS, INC.'S**

4  **ANSWER TO PLAINTIFF'S AMENDED COMPLAINT** electronically with the Clerk of the Court,

5  Washoe County, Nevada, using eFlex system which constitutes effective service for all eFiled

6  documents pursuant to the eFile User Agreement to all parties listed on the service list.

7          Steven M. Hess, Esq.
           HESS & ASSOCIATES
8          485 West 5th Street
           Reno, NV 89503
9          Attorneys for Plaintiff

10                                         By   /s/ Theresa H. Rutkowski
                                                An Employee of
11                                              COOPER LEVENSON, P.A.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CLAC 5942825.1

4

F I L E D
Electronically
CV20-01426
2020-11-30 10:54:15 AM
Jacqueline Bryant
Clerk of the Court
Transaction # 8180805

Code 2490
Hess & Associates
STEVEN M. HESS, ESQ.
State Bar #2251
KYLE S. HESS, ESQ.
State Bar #13351
3500 Lakeside Ct. Ste. 150
Reno, NV 89509
(775) 323-1311 telephone
(775) 323-3144 facsimile
Attorneys for Plaintiff

# IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

## IN AND FOR THE COUNTY OF WASHOE

***

KATHRYN AGNEW,

       Plaintiff,

v.

SMITH'S FOOD & DRUG CENTERS,
INC.,("SFDC"), doing business as a
Foreign Limited-Liability Company,
and DOES I-V, inclusive,

       Defendants.
_____/

Case No.: CV20-01436

Dept. No.: 1

## REQUEST FOR EXEMPTION FROM ARBITRATION

COMES NOW Plaintiff, KATHRYN AGNEW, by and through her attorneys

of record, HESS & ASSOCIATES, hereby requests that the above-entitled matter be exempted

exempted from arbitration pursuant to Nevada Arbitration Rules 3 and 5, as this case involves an

amount in excess of $50,000.00, exclusive of interest and costs.

# BRIEF STATEMENT OF FACTS

A specific summary of the facts which support Plaintiff's contention for exemption is as follows:

On or about September 28, 2019, Plaintiff, KATHRYN AGNEW, had arrived at Smith Food and Drug located at 1255 Baring Boulevard in Sparks, Nevada. As she was walking toward the entrance of the store, she fell after putting her right foot in a large hole. The large hole in the asphalt was filled with uneven cobblestone and surface water. The cobblestone and water made the hole unnoticeable.

As evident by the medical records, Plaintiff suffered a partial tear through the deep fibers of the deltoid ligament, complete disruption of the anterior talofibular ligament with partial tear of the calcaneofibural ligament, a split tear of the peroneus brevis, tenosynovitis of the flexor tendons and fibrocartilaginous calcaneonavicular coalition of the right foot and ankle.

Medical Specials to date are as follows:

**1. Current Medical Specials:**

| | |
|---|---|
| Northern Nevada Medical Center | $  3,149.00 |
| Sparks Radiology | $      32.00 |
| Sparks Swift Urgent Care | $  1,550.00 |
| Premier Physical Therapy | $  7,229.00+ |
| Spine and Orthopedic Rehabilitation | $  2,000.00 |
| Reno Diagnostic Center | $  1,680.00 |
| Northern Nevada Medical Center | $ 95,510.00 |
| Great Basin Orthopedics | $  8,359.00 |

Plaintiff's special damages are in excess of $111,000. Plaintiff continues to suffer from severe pain and is still receiving treatment for her injuries. Based upon the foregoing, Plaintiff requests an Order removing the case from its Order assigning it to Court Annexed Arbitration Program and further requests that this matter be set for trial.

## **AFFIRMATION**

Pursuant to NRS 239B.030, the undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

Dated this 25 day of November, 2020.

HESS & ASSOCIATES
Attorneys for Plaintiff

- 3 -

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I hereby certify that I am an employee of HESS &

ASSOCIATES, and that on this date I served a copy of the foregoing document on the

following party:

_____ Placing a true copy thereof in a sealed envelope
and depositing the same in the United States Mail
at Reno, Nevada, postage fully prepaid, following
ordinary business practices.

_____ U.S. Mail, Certified, Return Receipt Requested.

_____ Personal service

_____ Facsimile (FAX)

_____ Reno Carson Messenger Service

_____ Email

addressed to:

Jerry Busby, Esq.
3016 W. Charleston Blvd., Ste. 195
Las Vegas, NV  89102

DATED: __11/30/20__

SIGNED:_____